**MEMO ENDORSED**



**Hon. Sylvia O. Hinds-Radix**
*Corporation Counsel*

T**HE** C**ITY OF** N**EW** Y**ORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**DANIEL MATZA-BROWN**
Assistant Corporation Counsel
Affirmative Litigation
Phone: 212.356.5042
dmatza@law.nyc.gov

April 22, 2024

Hon. Jessica G. L. Clarke
Southern District of New York
500 Pearl Street, Room 1040
New York, NY 10007

<u>**Via ECF**</u>

Re: *The Board of Education of the City School District of the City of New York v. L. et al.*, 24-cv-01176

Dear Judge Clarke:

My office represents the plaintiff City of New York in this case. I am filing this letter motion to request the Court's permission to file, under seal, a request for an issuance of a summons.

In this Individuals with Disabilities Act (IDEA) proceeding, the full names of the defendant parent and child are kept anonymous to protect their privacy. For that reason, the request for issuance of a summons should be accepted under seal, rather than publicly filed; and the signed, unredacted summons also should not be publicly posted by the Court.

I therefore respectfully request that the Court accept for filing, under seal, the City's request for issuance of a summons in this lawsuit and, further, that the Court deliver the signed summons to the City in a manner that protects the defendants' privacy.

If Plaintiff seeks issuance of a sealed summons, bearing the full name of Defendant(s), it shall direct such a request to the Clerk of Court in the traditional manner at 500 Pearl Street, Room 260. If Plaintiff merely seeks issuance of an electronic summons bearing the initials of the Defendants, it may do so via CM/ECF. In order to protect the identity of Defendants, the sealing motion is GRANTED.

The Clerk of Court is directed to keep ECF No. 5 under seal and terminate ECF No. 4.

Sincerely,

Daniel Matza-Brown

Dated: April 23, 2024
New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge