


**Hon. Sylvia O. Hinds-Radix**
*Corporation Counsel*

T**HE** C**ITY OF** N**EW** Y**ORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**DANIEL MATZA-BROWN**
Assistant Corporation Counsel
Affirmative Litigation
Phone: 212.356.5042
dmatza@law.nyc.gov

May 8, 2024

Hon. Jessica G. L. Clarke
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:  *The Board of Education of the City School District of the City of New York v. E.L. et al.*, 24-cv-1176

Dear Judge Clarke:

    My office represents the Board of Education of the City School District of the City of New York ("DOE") , the plaintiff in this matter. I write to request a thirty-day adjournment of the initial pre-trial conference currently scheduled for May 15, 2024, as well as a thirty-day adjournment of today's deadline for the parties' joint submissions in advance of that conference.

    This action seeks federal court review of an administrative determination made under the Individuals with Disabilities Education Act (IDEA). Based on correspondence with the attorneys who represented the defendants in the administrative proceedings under review here, the defendants have not retained those attorneys as counsel in this proceeding. My understanding is that the defendants are not presently represented. DOE is in the process of effectuating service of the summons and complaint on the defendants, but has not completed service at this time.

    Under these circumstances, I respectfully request a 30-day adjournment of the May 15, 2024 initial pre-trial conference and of the deadline for submissions due in advance of that conference, to allow for completion of service of the summons, to allow defendants to retain counsel if they choose, and to allow the parties to confer regarding case deadlines in advance of meeting with the Court. This is the first such request for an adjournment.

    Thank you very much for your attention to this matter.

The initial pretrial conference scheduled for May 15, 2024 is ADJOURNED to **June 20, 2024 at 3:00 p.m.** via Microsoft Teams. Counsel will receive Microsoft Teams log-in credentials at the email addresses listed on the docket. The public listen-only line may be accessed by dialing: 646-453-4442 | Access Code: 705479536#. The joint letter and proposed case management plan, *see* ECF No. 3, is due no later than **June 13, 2023**.

The Clerk of Court is directed to terminate ECF No. 7.

Dated: May 9, 2024
       New York, New York

SO ORDERED.

*Jessica Clarke*
JESSICA G. L. CLARKE
United States District Judge