

| Hon. Sylvia O. Hinds-Radix<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | DANIEL MATZA-BROWN<br>Assistant Corporation Counsel<br>Affirmative Litigation<br>Phone: 212.356.5042<br>dmatza@law.nyc.gov |
|---|---|---|

May 9, 2024

Hon. Jessica G. L. Clarke
Southern District of New York
500 Pearl Street, Room 1040
New York, NY 10007



<u>**Via ECF**</u>

      Re:  *The Board of Education of the City School District of the City of New York v. L. et al.*, 24-cv-01176

Dear Judge Clarke:

    My office represents the plaintiff City of New York in this case. I am filing this letter motion to request the Court's permission to file, under seal, an executed waiver of service of summons form from the defendants.

    In this Individuals with Disabilities Act (IDEA) proceeding, the full names of the defendant parent and child are kept anonymous to protect their privacy. For that reason, the executed waiver form should be accepted under seal, rather than publicly filed.

    I therefore respectfully request that the Court accept for filing, under seal, the defendants' waiver of service of summons form.

Sincerely,

Daniel Matza-Brown

cc: defendants via email

Application GRANTED. The Clerk of Court is directed to seal ECF No. 9 and terminate ECF No. 8.

Dated: May 9, 2024
      New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge