



**Muriel Goode-Trufant**
*Acting Corporation Counsel*

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**DANIEL MATZA-BROWN**
Assistant Corporation Counsel
Affirmative Litigation
Phone: 212.356.5042
dmatza@law.nyc.gov

September 9, 2024

Hon. Jessica G. L. Clarke
Southern District of New York
500 Pearl Street, Room 1040
New York, NY 10007

<u>Via ECF</u>

> Application GRANTED. The full administrative record in this matter will be temporarily sealed. The Court will decide whether to keep the materials at issue sealed or redacted when deciding the underlying motion. The Clerk of Court is directed to terminate ECF No. 18 and seal ECF No. 19. Access is restricted to attorneys appearing for the parties and court personnel.
>
> Dated: September 10, 2024
> New York, New York
>
> SO ORDERED.
>
> *Jessica Clarke*
> JESSICA G. L. CLARKE
> United States District Judge

Re: *The Board of Education of the City School District of the City of New York v. L. et al.*, 24-cv-01176

Dear Judge Clarke:

My office represents the plaintiff Board of Education of the City School District of the City of New York (DOE) in this Individuals with Disabilities Act (IDEA) case. I am filing this letter motion to request the Court's permission to file, under seal, the full administrative record in this matter. Defendants have informed me that they do not object to this request.

The administrative record in this IDEA case contains highly sensitive documents and information. DOE believes that the appropriate course is for the full administrative record to be filed under seal at this juncture, as is common practice in IDEA cases. DOE expects that the parties' Rule 56.1 statements will provide appropriate, publicly accessible accounts of the material undisputed facts relevant to the legal issues before the Court. If summary judgment briefing reveals the existence of material factual disputes necessitating the public filing of particular portions of the administrative record, the parties will meet and confer regarding appropriate redactions in connection with such filings.

I therefore respectfully request that the Court accept for filing, under seal, the full administrative record in this matter.

Sincerely,

Daniel Matza-Brown