UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK,<br><br>      Plaintiff,<br><br> - against -<br><br>E.L by and through his parent A.L; and A.L. individually and on behalf of her son E.L,<br><br>      Defendants. | Case No. 24-cv-01176 (JGLC)<br><br>ECF Case<br><br>**DEFENDANTS' NOTICE OF CROSS-MOTION FOR SUMMARY JUDGMENT** |

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, and Defendants' Rule 56.1 Statement, each dated October 25, 2024, the Declaration of Kevin Neylan, sworn to on October 25, 2024, and the exhibits attached thereto, and the administrative record filed under seal (ECF Doc. Nos. 19-1 to 19-11), the undersigned will cross-move this Court before the Honorable Jessica G. L. Clarke at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York, for an Order, pursuant to Rule 56(a) of the Federal Rules of Civil Procedure, affirming the State Review Officer's decision in SRO Appeal No. 23-133, dated October 16, 2023, and granting such other relief as this Court may deem just and proper.

Dated: New York, New York  
October 25, 2024

Respectfully submitted,

/s/ *Jay P. Lefkowitz*

Jay P. Lefkowitz, P.C.  
Kevin M. Neylan, Jr.  
KIRKLAND & ELLIS LLP  
601 Lexington Avenue  
New York, NY 10022  
Tel: (212) 446-4970  
lefkowitz@kirkland.com  
kevin.neylan@kirkland.com

*Counsel for Defendants*