**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
THE BOARD OF EDUCATION OF THE CITY
SCHOOL DISTRICT OF THE CITY OF NEW
YORK,

                Plaintiff,

     -against-                                      24 **CIVIL** 1176 (JGLC)

## **JUDGMENT**

E.L., by and through his parent A.L; and A.L.,
individually and on behalf of her son E.L.,

                Defendants.
----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 30, 2025, the DOE's motion for summary judgment is DENIED and the Parents' motion for summary judgment is GRANTED. The SRO Decision is AFFIRMED; accordingly, the case is closed.

**Dated:** New York, New York

     September 30, 2025

                                              **TAMMI M. HELLWIG**
                                              **Clerk of Court**

                       **BY:**         K. Mango

                                              **Deputy Clerk**